AUSA Gann

# United States District Court

For the Western District of Texas
Austin Division

**FILED**

August 11, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ kk
DEPUTY

United States of America, §
§
v. §
§          Case Number: **1:26-MJ-783**
**Aurelio Martinez-Olalde** §
§
§
§

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **August 10**, **2026**, in the county of **Lampasas**, in the Western District of Texas, the defendant, **Aurelio Martinez-Olalde**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **August 10**, **2026**, the defendant, an alien, was found in Lampasas County, Lampasas, Texas, within the Western District of Texas. A deportation officer arrested and interviewed the defendant, and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **June 24**, **2011**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (V. Santillano)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

**August 11, 2026**
_____          at          _____
 Date                                                          City and State

Austin, Texas

Mark Lane
United States Magistrate Judge
_____                         _____
Name & Title of Judicial Officer                          Signature of Judicial Officer